IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES WAYNE PLUNKETT,** **PLAINTIFF**
**ADC #085162**

v.  Case No. 4:10CV01104 JLH

**MIKE BEEBE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims are DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 18th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE