IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES WAYNE PLUNKETT,**                                                    **PLAINTIFF**
**ADC #085162**

**V.**                           Case No. 4:10CV01104 JLH

**MIKE BEEBE,** *et al.*                                                 **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of October, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE